UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>      v.<br><br>JERMAINE EARNEST,<br>            Defendant. | Case No. 12-cr-00574-PJH<br><br>**ORDER CONTINUING STAY**<br>Re: Dkt. No. 526 |

  The parties in the above-captioned case have filed a joint status report in accordance with this court's order dated August 6, 2020.  See Dkt. 526, 509.  In that August 2020 order, the court stayed the § 2255 proceedings pending issuance of a decision in United States v. Borden, United States v. Orona, or United States v. Begay. See Dkt. 509.

  The parties' status report states that the Orona proceedings were dismissed due to the defendant's death, and that Borden has now been decided by the Supreme Court. Dkt. 526 at 3-4.  As to Begay, the Ninth Circuit directed the parties to submit briefs addressing whether the case should be reheard en banc.  Id. at 4-5.  Those briefs were submitted on September 8, 2021.  Id. at 5.

  Because the Ninth Circuit is still considering whether to rehear Begay en banc, the court orders that this case remain STAYED until a final decision in Begay.  Within thirty (30) days of a final decision in Begay, the parties shall jointly submit a proposed briefing schedule.

  This order shall also apply to US v. Nathaniel, 12-cr-574-2, which was also stayed

pending resolution of the issue raised in <u>Begay</u>.  See Case no. 12-cr-574-2, Dkt. 495. The parties in <u>Nathaniel</u> are also directed to jointly submit a proposed briefing schedule within thirty (30) days of a final decision in <u>Begay</u>.

**IT IS SO ORDERED.**

Dated:  October 8, 2021

      /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge