UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HOUSTON NATHANIEL, III,<br>Defendant. | Case No. 12-cr-00574-2-PJH<br>Case No. 12-cr-00574-4-PJH<br><br>**ORDER DIRECTING PARTIES TO SUBMIT PROPOSED BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 531 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JERMAINE EARNEST,<br>Defendant. | |

The court previously held in abeyance the § 2255 motions in this case pending the issuance of decisions in three appellate cases involving the issue of whether recklessness is a sufficient mens rea to satisfy the definition of a crime of violence under the elements clause of § 924(c)(3)(A). See Dkt. 495, 509.

In October 2021, the parties filed a status report indicating that one appeal was still pending. See Dkt. 526. Specifically, at the time of the status report, the Ninth Circuit was still considering whether to rehear en banc United States v. Begay, 14-10080. The court issued an order stating that the § 2255 motion would continue to be held in abeyance until a final decision in Begay, and further directed the parties to submit a

proposed briefing schedule within thirty (30) days of a final decision in <u>Begay</u>.  <u>See</u> Dkt. 531.

      The Ninth Circuit issued its en banc opinion in <u>Begay</u> on May 5, 2022.  <u>See</u> Case no. 14-10080, Dkt. 161 (May 5, 2022).  More than thirty days having passed, the court now directs the parties in <u>United States v. Nathaniel</u> and <u>United States v. Earnest</u> to jointly submit a proposed briefing schedule on the pending § 2255 motions by **June 16, 2022**.

      **IT IS SO ORDERED.**

Dated:  June 8, 2022

                                                        /s/ *Phyllis J. Hamilton*
                                       PHYLLIS J. HAMILTON
                                       United States District Judge