UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>HOUSTON NATHANIEL, III,<br>    Defendant. | Case No. 12-cr-00574-2-PJH<br>Case No. 12-cr-00574-4-PJH<br><br>**ORDER LIFTING STAY AND ADOPTING PROPOSED BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 539 |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>JERMAINE EARNEST,<br>    Defendant. | |

The court previously held in abeyance the § 2255 motions in this case pending the issuance of decisions in three appellate cases involving the issue of whether recklessness is a sufficient mens rea to satisfy the definition of a crime of violence under the elements clause of § 924(c)(3)(A). See Dkt. 495, 509.

The appeals having now been resolved, and the parties having stipulated to a briefing schedule, the court hereby lifts the stay in this case and adopts the parties' proposed briefing schedule:

- Amended § 2255 motions due:  July 18, 2022
- Opposition briefs due:  August 22, 2022

- Replies due: September 12, 2022

**IT IS SO ORDERED.**

Dated: June 21, 2022

              /s/ *Phyllis J. Hamilton*
              PHYLLIS J. HAMILTON
              United States District Judge